**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DR. JUDITH COTHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:24-cv-7251 |
| | ) | |
| ADVOCATE HEALTHCARE<br>Dr. Richard Multack and<br>Karissa Burnson R.N., | )<br>)<br>) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ADVOCATE HEALTH AND HOSPITALS CORPORATION D/B/A ADVOCATE TRINITY HOSPITAL'S MOTION TO OBTAIN COURT CLERK LOG OF ACCESS TO DOCKET ENTRIES**

NOW COMES the Defendant, ADVOCATE HEALTH AND HOSPITALS CORPORATION D/B/A ADVOCATE TRINITY HOSPITAL ("ADVOCATE"), incorrectly sued as Advocate Healthcare, by and through its undersigned attorney, and moves this Honorable Court for an order directing the court clerk to furnish to the parties to this litigation information relating to all persons who accessed Docket No. 1 and No. 5, specifically Exhibit G (Document 1-3 and 5-3) and Exhibit K (Document 1-4 and 5-4) at any time, and for any other relief this Court deems appropriate, and in support thereof states:

**BACKGROUND**

1. Plaintiff filed a five count Complaint on August 14, 2024, alleging violations of 42 U.S.C. §1981 through 42 U.S.C. §1983 for the deprivation of Plaintiff's property and liberty interests including claims of race discrimination, retaliation, and defamation. (Dckt. No. 1).

2. Plaintiff's Complaint was filed with fourteen (14) exhibits. *See* Exhibits A – N, attached to Plaintiff's Complaint. Exhibits A – N include emails, text messages, agreements, and other documentation, which contain confidential PHI of numerous patients. *Id.* These exhibits also

contain confidential and privileged information protected by the Illinois Medical Studies Act (735 ILCS 5/8-2101) and the Illinois Mental Health and Developmental Disabilities Act (740 ILCS 110/2).

3. On August 15, 2024, Plaintiff filed an Amended Complaint again attaching all of these same exhibits. (Dckt. No. 5).

4. On August 30, ADVOCATE filed a motion to strike and remove from the record exhibits containing protected health information and privileged information.[1] (Dockt. No. 9).

5. On September 3, 2024, this court entered an order granting ADVOCATE's motion to strike and directing the Clerk to immediately place docket items 1 and 5 under seal. (Dockt. No. 10).

**ARGUMENT**

6. The Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the HIPAA Privacy Rule establish national standards to protect individuals' medical records and other individually identifiable health information ("protected health information" or "PHI") and applies to health plans, health care clearing houses, and health care providers ("covered entity"). 42 CFR § 160.102. ADVOCATE is a covered entities. It further mandates that a covered entity or business associate conduct an investigation to determine whether there has been an impermissible use or disclosure under the Privacy Rule that compromises the security or privacy of the PHI. 42 CFR § 160.310(a).

7. A breach is the acquisition, access, use, or disclosure of PHI in a manner not permitted by HIPAA, which compromises the security or privacy of PHI. 42 CFR § 164.402.

[1] By filing the motion to strike exhibits containing PHI from the court record and this motion for access logs, Advocate does not waive its right to answer or otherwise plead to the amended complaint. These motions are filed to prevent further disclosure and compromise of PHI.

Such an occurrence is presumed to be reportable – a reportable breach – unless the covered entity or business associate demonstrates that there is a low probability that the PHI has been compromised. *Id*.

8. As a covered entity, ADVOCATE is obligated to investigate the scope of a breach, to notify individuals whose PHI was breached, and to determine what additional reporting obligations it has to the Secretary of the Department of Health and Human Services ("HHS").

9. Advocate is aware that at least one media outlet (Cook County Record) accessed the case docket as the media company published a news article relating to this case on August 28, 2024.

10. In order to meet their reporting obligations to the HHS, ADVOCATE requests that this court direct the clerk to provide the parties to this litigation a log or information that identifies all persons or entities who accessed Docket numbers 1 and 5, specifically Exhibit G (Document 1-3 and 5-3) and Exhibit K (Document 1-4 and 5-4). At least six specifically identified female patients' PHI is contained in said exhibits, which were previously uploaded to the court's publicly accessible online docket.

11. In accordance with the meet and confer Local Rule 37.2, counsel for ADVOCATE and Plaintiff discussed the investigation request via this motion. Plaintiff's counsel has no objection.

WHEREFORE, Defendant, ADVOCATE HEALTH AND HOSPITALS CORPORATION D/B/A ADVOCATE TRINITY HOSPITAL, respectfully requests that this Honorable Court grant this Motion for an order directing the docket clerk to furnish the parties to this litigation information relating to all persons who accessed Docket No. 1 and No. 5,

specifically Exhibit G (Document 1-3 and 5-3) and Exhibit K (Document 1-4 and 5-4) at any time, and for any such other relief as this Honorable Court deems just and appropriate.

Respectfully submitted,

AMUNDSEN DAVIS LLC

BY: /s/ Moses Suarez
One of the Attorneys for Defendant Advocate Health and Hospitals Corporation d/b/a Advocate Trinity Hospital

Moses Suarez – msuarez@amundsendavislaw.com
(ARDC#6304097)
AMUNDSEN DAVIS LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3364

## CERTIFICATE OF SERVICE

I hereby certify that on **September 6, 2024,** a true and complete copy of the foregoing document was electronically filed and served electronically upon all counsel of record via email generated by the Court's CM/ECF system.

Respectfully submitted,

AMUNDSEN DAVIS LLC

BY: /s/ Moses Suarez
One of the Attorneys for Defendant Advocate Health and Hospitals Corporation d/b/a Advocate Trinity Hospital

Moses Suarez – msuarez@amundsendavislaw.com
(ARDC#6304097)
AMUNDSEN DAVIS LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3364