**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUDITH COTHRAN, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-7251 |
| | ) | |
| ADVOCATE HEALTH AND HOSPITALS CORPORATION, DOROTHY ANOINA, M.D. RICHARD MULTACK, D.O., and KARISSA BURNSON, R.N., | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

**ESI STATUS REPORT**

On September 22, 2026, the Court ordered the parties to file an ESI Status Report on October 7, 2025. *See* Dkt. 95. The parties have conferred on these matters and hereby submit the following ESI Status Report.

CURRENT ESI STATUS

As of October 7, 2025, Defendants have not produced any additional documents. Defendants' counsel plans to produce a supplemental production of ESI documents by October 10, 2025, with a corresponding supplemental privilege log by October 17, 2025. With the production of documents on or before October 10, 2025, Advocate will have completed the review and production from the first 13,000 ESI documents. Defendants' counsel is simultaneously reviewing the sample sets agreed upon by the parties and plans to produce responsive documents from those sample sets by October 24, 2025.

October 7, 2025 Respectfully submitted,

/s/Ryan L. Young

One of the Attorneys for Defendants
Heather A. Bailey
Danessa Page Watkins
Ryan L. Young
AMUNDSEN DAVIS, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3364
hbailey@amundsendavislaw.com
dwatkins@amundsendavislaw.com
ryoung@amundsendavislaw.com

Peter E. Hansen
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7971
phansen@amundsendavislaw.com

/s/Kristi Nelson ________________
One of the Attorneys for Plaintiff

Lori E. Lightfoot
Lightfoot & Associates, P.C.
3434 W. Wrightwood
Chicago, Illinois 60647
(312) 753-8207
mll56@ltwstrategies.com

Kristi Nelson
Nancy A. Temple
Katten & Temple, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800
knelson@kattentemple.com
ntemple@kattentemple.com